**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:19-cv-00982 |
| GTT COMMUNICATIONS, INC., et al., | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER comes before the Court on Defendants' Motion to Dismiss. The Court is of the opinion that the Complaint states a claim upon which recovery can be had, it is hereby

ORDERED that Defendants' Motion to Dismiss is DENIED.

Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 22, 2020