UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., CHRIS MCKEE, MICHAEL SICOLI and GINA NOMELLINI,<br><br>Defendants. | Case No. 1:19-cv-00982-CMH-MSN |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION,
APPOINTMENT OF CLASS REPRESENTATIVE,
AND APPOINTMENT OF CLASS COUNSEL AND LIAISON COUNSEL**

I, Steven J. Toll, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am the Managing Partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I am a member in good standing of the bar of the Commonwealth of Virginia and I am admitted to practice in the Eastern District of Virginia. Cohen Milstein serves as Court-appointed Liaison Counsel for Lead Plaintiff City of Atlanta Police Pension Fund and City of Atlanta Firefighters' Pension Fund ("Lead Plaintiff"). I submit this declaration in support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel and Liaison Counsel for the Class.

2.　　Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA, dated August 7, 2020, including the appendices and exhibits thereto.

3.　　Attached hereto as Exhibit B is a true and correct copy of the firm resume of Saxena White, P.A.

4.　　Attached hereto as Exhibit C is a true and correct copy of the firm resume of Cohen Milstein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this Seventh day of August, 2020.

　　　　　　　　　　　　　*/s/ Steven J. Toll*
　　　　　　　　　　　　　Steven J. Toll