Case 1:19-cv-00982-CMH-MSN   Document 70   Filed 09/04/20   Page 1 of 7 PageID# 1369

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., CHRIS MCKEE, MICHAEL SICOLI, and GINA NOMELLINI,<br><br>Defendants. | Case No. 1:19-cv-00982-CMH-MSN |

**JOINT STIPULATION AND [PROPOSED] ORDER CERTIFYING A CLASS TO PROSECUTE CLAIMS UNDER THE SECURITIES EXCHANGE ACT OF 1934**

This joint stipulation and agreement ("Stipulation") is submitted pursuant to Rule 23 of the Federal Rules of Civil Procedure. Subject to the approval of the Court, this Stipulation is entered by and among Lead Plaintiff City of Atlanta Police Pension Fund and City of Atlanta Firefighters' Pension Fund ("Lead Plaintiff") and Defendants GTT Communications Inc. ("GTT"), Rick Calder, Michael Sicoli, Chris McKee, and Gina Nomellini (collectively, "Defendants"), by and through their respective counsel.

**WHEREAS**, on February 28, 2020, Lead Plaintiff filed the Amended Class Action Complaint (the "Complaint") on behalf of itself and all other persons and entities who purchased or otherwise acquired any of the publicly-traded common stock of GTT from February 26, 2018 through August 7, 2019, inclusive (the "Class Period"), and were damaged thereby (collectively, the "Class");

**WHEREAS**, the Complaint alleges, among other things, that Defendants issued materially false and misleading statements and/or omissions during the Class Period regarding GTT's acquisition and integration of Interoute Communications Holdings S.A. ("Interoute") allegedly in an ongoing scheme to inflate the value of GTT's common stock in violation of Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78aa, *et seq.*, and Rule 10b-5 promulgated thereunder. Defendants have denied these allegations;

**WHEREAS**, the Complaint further alleges that Lead Plaintiff and other Class members purchased or otherwise acquired GTT common stock during the Class Period at prices artificially inflated by Defendants' materially false and misleading statements and/or omissions. Defendants have denied these allegations;

**WHEREAS**, on August 7, 2020, Lead Plaintiff moved for certification of the Class, to be appointed Class Representative, and to have Saxena White P.A. ("Saxena White") appointed as Class Counsel and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") appointed as Liaison Counsel for the Class (the "Motion," ECF Nos. 65-67);

**WHEREAS**, this action satisfies the requirements of Rules 23(a) and (b)(3), as shown in the Motion, including the Memorandum of Law in Support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel and Liaison Counsel (ECF No. 66);

**WHEREAS**, Defendants do not oppose the relief requested in the Motion;[1]

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and among Lead Plaintiff and Defendants, subject to Order of the Court, that:

---

[1] Defendants preserve all defenses as to each Lead Plaintiff and Class Representative, including the right to depose these parties and their investment advisors during the discovery period.

1.      Pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, this action will be certified as a class action on behalf of all persons as follows:

> All persons or entities who purchased or otherwise acquired publicly traded common stock of GTT from February 26, 2018 to August 7, 2019, inclusive, and who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of GTT at all relevant times, members of their immediate families, and their legal representatives, heirs, agents, affiliates, successors or assigns, Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof, and any entity in which Defendants or their immediate families have or had a controlling interest.

2.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiff will be certified as Class Representative, and Saxena White will be approved as Class Counsel and Cohen Milstein will be approved as Liaison Counsel. Lead Plaintiff will protect the interests of the entire Class, and its counsel is qualified, experienced and able to pursue the litigation vigorously on behalf of the Class.

3.      The prerequisites for class certification under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied in that:

a)      the number of Class members is so numerous that joinder of all members is impracticable because GTT common stock is nationally listed and publicly traded, the common stock holders are geographically dispersed, and numerous common stock was bought and sold during the Class Period;

b)      there are questions of law and fact common to the Class, in that Lead Plaintiff has alleged a common course of conduct by Defendants to make materially false and misleading statements and/or omissions during the Class Period regarding the acquisition and integration of Interoute;

c)      the claims of Lead Plaintiff are typical of the claims of the Class it seeks to represent in that Lead Plaintiff purchased or otherwise acquired GTT common stock during the Class Period and seeks to recover damages suffered as a result of Defendants' alleged fraud;

d)      Lead Plaintiff will fairly and adequately represent the interests of the Class in that it has fairly and adequately represented the Class to date and has demonstrated a commitment to the litigation, and Lead Plaintiff's interests are not antagonistic to the other members of the Class;

e)      the Class is sufficiently ascertainable, as Class members can be ascertained from GTT's books and records, and from records maintained by applicable transfer agents and other parties;

f)      the questions of law and fact common to the members of the Class, including, among other things, Defendants' purported liability for their allegedly materially false and misleading statements and/or omissions during the Class Period, predominate over any questions affecting only individual members of the Class; and

g)      a class action is superior to other available methods for the fair and efficient adjudication of the controversy because resolving the common issues in a single forum will be more efficient and will better serve the goal of judicial economy.

4.      The Class Representative shall provide the best notice practicable to advise Class members of the certification of the Class ("Notice"). The Class Representative shall submit for approval by the Court forms of Notice and further identification of the means by which Notice will be distributed to absent Class members.

5.      The hearing on Lead Plaintiff's Motion, set for October 9, 2020, is hereby vacated and taken off the calendar.

STIPULATED AND AGREED TO BY:

Dated: September 4, 2020

**COHEN MILSTEIN SELLERS & TOLL PLLC**

by: ___/s/ Steven J. Toll_____
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
1100 New York Avenue, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
stoll@cohenmilstein.com
dsommers@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 206-6708
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

Steven B. Singer
Kyla Grant
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
ssinger@saxenawhite.com
kgrant@saxenawhite.com
sdileo@saxenawite.com

*Lead Counsel for Lead Plaintiff and the Proposed Class*

**TROUTMAN SANDERS LLP**

by: ___/s/ Dabney J. Carr_____
Dabney J. Carr (Va. Bar No. 28679)
1001 Haxall Point
15th Floor
Richmond, VA 23219
Tel: (804) 697-1200
dabney.carr@troutman.com

*Counsel for Defendants GTT Communications, Inc., Richard D. Calder, Jr., Chris McKee, Michael Sicoli and Gina Nomellini*

**CRAVATH, SWAINE & MOORE LLP**
J. Wesley Earnhardt
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
wearnhardt@cravath.com

*Counsel for Defendants GTT Communications, Inc., Richard D. Calder, Jr., Chris McKee, Michael Sicoli and Gina Nomellini*

-6-

IT IS SO ORDERED.

Dated: _Sept. 10_____, 2020
   Alexandria, VA


                                    _Claude M. Hilton_____
                                    CLAUDE M. HILTON
                                    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll

Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiff and the Proposed Class*
