## UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., CHRIS MCKEE, MICHAEL SICOLI, and GINA NOMELLINI,<br><br>                  Defendants. | Case No. 1:19-cv-00982-CMH-MSN |

### [PROPOSED] ORDER

This matter is before the Court on the parties' Joint Motion To File the Second Amended Complaint ("SAC") and Amend the Case Schedule, filed by Lead Plaintiff City of Atlanta Police Pension Fund and City of Atlanta Firefighters' Pension Fund ("Lead Plaintiff") and Defendants GTT Communications ("GTT" or the "Company"), Richard D. Calder, Jr., Chris McKee, Michael Sicoli, and Gina Nomellini (collectively, "Defendants", and together with Lead Plaintiff, the "Parties").

It appearing that the Defendants consent to the filing of the SAC, that Defendants intend to file a Motion to Dismiss the SAC and that, pursuant to the automatic stay of discovery provision in the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), all discovery and other proceedings shall be stayed during the pendency of Defendants' Motion to Dismiss, the Parties' Joint Motion is hereby GRANTED.  It is further ORDERED as follows:

a.   The SAC shall be deemed filed as of the date that this Order is entered;

b.   Within 28 days of entry of this Order, Defendants shall file their motion to dismiss the SAC;

c.   Pursuant to the PSLRA's mandatory stay of discovery, 15 U.S.C. § 78u-4(b)(3)(B), all discovery is stayed in this action pending the Court's ruling on Defendants' motion to dismiss the SAC, and therefore all remaining deadlines in the Scheduling Order, including the final pretrial conference previously scheduled for November 19, 2020 at 10:00 a.m., are hereby CANCELLED pending the Court's ruling on Defendants' motion to dismiss the SAC;

d.   Within 28 days after the date that Defendants file their motion to dismiss the SAC, Lead Plaintiff shall file its brief in opposition to Defendants' motion to dismiss; and

e.   Within 14 days after the date that Lead Plaintiff files its brief in opposition to Defendants' motion to dismiss the SAC, Defendants shall file their reply brief in further support to Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: _____, 2020

_____