## UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00982-CMH-MSN |
| Plaintiff, |  |
| v. |  |
| GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., CHRIS MCKEE, MICHAEL SICOLI, and GINA NOMELLINI, |  |
| Defendants. |  |

## JOINT MOTION TO STAY THE CASE PENDING SETTLEMENT

Defendants GTT Communications, Inc., Richard D. Calder, Jr., Chris McKee, Michael Sicoli and Gina Nomellini (collectively, "Defendants") and Lead Plaintiff City of Atlanta Police Fund and City of Atlanta Firefighters' Pension Fund ("Lead Plaintiff" and together with Defendants, the "Parties"), jointly move this Court to enter a stay of proceedings pending a settlement in the above-captioned matter (the "Action"). The Parties state as follows:

1. The Parties have agreed in principle to terms to settle the Action, subject to execution of a final settlement agreement and to Court approval of the class action settlement pursuant to Fed. R. Civ. P. 23(e).

2. The Parties intend to negotiate and execute final settlement documents, and to submit filings in support of preliminary approval of the settlement, within the next thirty (30) days.

3. In the interests of efficiency and judicial economy, the Parties therefore

request that the Court enter an order staying all proceedings in the Action, including but not limited to the deadlines for briefing Defendants' motion to dismiss set forth in the Court's October 16, 2020 Order (Dkt. No. 78), other than proceedings related to completing, and obtaining the Court's approval of, the settlement.

4.   Based on the foregoing, the Parties respectfully request that the Court grant this Joint Motion and enter the Proposed Order filed herewith.  The Parties waive a hearing on this Joint Motion.

Dated:  November 11, 2020                               Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

by: _____/s/_____
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers (*pro hac vice*)
1100 New York Avenue, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
stoll@cohenmilstein.com
dsommers@cohenmilstein.com

*Liaison Class Counsel for Lead Plaintiff and the Class*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 206-6708
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
Steven B. Singer
Kyla Grant
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
ssinger@saxenawhite.com
kgrant@saxenawhite.com
sdileo@saxenawhite.com

*Class Counsel for Lead Plaintiff and the Class*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

by: _____/s/_____
Dabney J. Carr (Va. Bar No. 28679)
1001 Haxall Point
15th Floor
Richmond, VA 23219
Tel: (804) 697-1200
dabney.carr@troutman.com

*Counsel for Defendants GTT Communications, Inc., Richard D. Calder, Jr., Chris McKee, Michael Sicoli and Gina Nomellini*

**CRAVATH, SWAINE & MOORE LLP**
J. Wesley Earnhardt
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
wearnhardt@cravath.com

*Counsel for Defendants GTT Communications, Inc., Richard D. Calder, Jr., Chris McKee, Michael Sicoli and Gina Nomellini*