

NOV 1 2 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., CHRIS MCKEE, MICHAEL SICOLI, and GINA NOMELLINI, <br><br> Defendants. | Case No. 1:19-cv-00982-CMH-MSN |

## [PROPOSED] ORDER

This matter is before the Court on the parties' Joint Motion to Stay the Case Pending Settlement, filed by Defendants GTT Communications, Inc., Richard D. Calder, Jr., Chris McKee, Michael Sicoli and Gina Nomellini (collectively, "Defendants") and Lead Plaintiff City of Atlanta Police Fund and City of Atlanta Firefighters' Pension Fund ("Lead Plaintiff" and together with Defendants, the "Parties").

It appearing that the Parties have agreed to a settlement in principle of the above-captioned matter, and that the Parties intend to negotiate and execute final settlement documents subject to the Court's final approval pursuant to Fed. R. Civ. P. 23(e), the Parties' Joint Motion for a stay of all proceedings is GRANTED. It is further ORDERED that the Parties shall submit final settlement documents within the next thirty (30) days from entry of this Order.

IT IS SO ORDERED

Dated: _Nov 12_ , 2020

_Claude M. Hilton_
USDJ