UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., CHRIS MCKEE, MICHAEL SICOLI, and GINA NOMELLINI,<br><br>Defendants. | Case No. 1:19-cv-00982-CMH-MSN |

## LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Lead Plaintiff City of Atlanta Police Pension Fund and City of Atlanta Firefighters' Pension Fund ("Lead Plaintiff" or "Plaintiff"),[1] on behalf of itself and the proposed Settlement Class, respectfully moves this Court to enter an order preliminarily approving the Settlement of this class action.

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and the Court's November 12, 2020 Order (ECF No. 82), Lead Plaintiff seeks an order, which will, among other things:

(i) preliminarily approve the proposed Settlement pursuant to the Stipulation;

(ii) certify the proposed Settlement Class for settlement purposes;

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Stipulation and Agreement of Settlement, dated December 14, 2020 (the "Stipulation"), filed concurrently herewith.

(iii) approve the form and content of the Notice and Summary Notice attached as Exhibits A-1 and A-3 to the Proposed Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order");

(iv) find that the proposed procedures for distribution of the Notice and publication of the Summary Notice constitute the best notice practicable under the circumstances, and comply with due process, Rule 23 of the Federal Rules of Civil Procedure, and the PSLRA; and

(v) set a schedule and procedures for: (1) disseminating the Notice and publishing the Summary Notice; (2) requesting exclusion from the Settlement Class; (3) objecting to the Settlement, the Plan of Allocation, and/or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses; (4) submitting papers in support of final approval of the Settlement; and (5) the Settlement Hearing.

This Motion is supported by the accompanying Memorandum of Law and exhibits, which are filed herewith. The specific terms of the proposed Settlement are set forth in the Stipulation, attached as Exhibit 1 to the accompanying Memorandum of Law.

Pursuant to Local Civil Rule 7, Lead Counsel has conferred with Defendants' Counsel and Lead Plaintiff certifies that, as set forth in ¶3.2 of the Stipulation, Defendants do not oppose the Motion. For the Court's convenience, the Parties' agreed-upon form of proposed Preliminary Approval Order (and accompanying exhibits) is submitted herewith.

Dated: December 14, 2020

Respectfully submitted,

*/s/ Steven J. Toll*
Steven J. Toll

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers (*pro hac vice*)
1100 New York Avenue, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
 stoll@cohenmilstein.com
dsommers@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff and the proposed Settlement Class*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker
Dianne M. Pitre
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

-and-

Steven B. Singer
Kyla Grant
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, New York 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
kgrant@saxenawhite.com
sdileo@saxenawhite.com

*Lead Counsel for Lead Plaintiff and the proposed Settlement Class*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 14, 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all of the registered participants.

*/s/ Steven J. Toll*
Steven J. Toll