UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., CHRIS MCKEE, MICHAEL SICOLI, and GINA NOMELLINI,<br><br>Defendants. | Case No. 1:19-cv-00982-CMH-MSN |

## ORDER VACATING FINAL JUDGMENT

WHEREAS, on January 7, 2021, Lead Plaintiff City of Atlanta Police Pension Fund and City of Atlanta Firefighters' Pension Fund ("Lead Plaintiff") filed an Unopposed Motion to Vacate Entry of Final Judgement and Order of Dismissal and Enter [Proposed] Order Preliminarily Approving Settlement and Providing for Notice (the "Motion to Vacate," ECF No. 87);

WHEREAS, among other things, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, the Motion to Vacate asks the Court to vacate the Final Judgment and Order of Dismissal issued on January 6, 2021 (the "Final Judgment," ECF No. 86);

WHEREAS, the Court has reviewed and considered the Motion to Vacate, and the exhibits filed therewith, and good cause appearing therefore;

IT IS HEREBY ORDERED:

1

1. Lead Plaintiff's Unopposed Motion to Vacate is **GRANTED** and the Final Judgment issued on January 6, 2021 is hereby **VACATED**.

SO ORDERED this 28th day of Jan., 2021.

*Claude M. Hilton*
The Honorable Claude M. Hilton
United States District Judge