## ** CIVIL MINUTES **

Date: 04/23/2021                                    Judge: Hilton
                                                   Reporter: J. Egal

Time: 10:10 am – 10:14 am

Civil Action Number:   1:19-cv-00982

Plymouth County Retirement System v. GTT Communications, Inc. et al

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Steven Toll<br>Joseph E. White III<br>Lester R. Hooker | Dabney Carr, IV |

Appearance of Counsel.

Matter on for a Motion Hearing:

[91] Motion for Settlement – Motion argued and Granted.  Final Judgement and Order of Dismissal entered in open court.