UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., CHRIS MCKEE, MICHAEL SICOLI, and GINA NOMELLINI, <br><br> Defendants. | Case No. 1:19-cv-00982-CMH-MSN |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF DISTRIBUTION OF NET SETTLEMENT FUND**

Lead Plaintiff City of Atlanta Police Pension Fund and City of Atlanta Firefighters' Pension Fund ("Lead Plaintiff"), on behalf of itself and the Settlement Class, pursuant to the Parties' Stipulation and Agreement of Settlement ("Settlement Agreement" or "Stipulation") (ECF No. 84-1), hereby moves the Court for entry of an order: (i) approving the Court-appointed Claims Administrator JND Legal Administration's ("JND") administrative determinations concerning the acceptance and rejection of Claims submitted in connection with the Settlement of the Action; (ii) directing distribution of the Net Settlement Fund, after deduction of the payments requested herein, to Authorized Claimants; (iii) approving payment of JND's fees and expenses incurred and estimated to be incurred in the administration of the Settlement; (iv) authorizing the destruction of Claim Forms and supporting documents at an appropriate time; (v) releasing claims related to the

administration process; and (vi) granting such other and further relief as this Court deems appropriate.[1]

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Luiggy Segura in Support of Lead Plaintiff's Motion for Approval of Distribution of Net Settlement Fund and the exhibits thereto, the record and proceedings in this Action, and such other matters the Court may consider.

Pursuant to Local Civil Rule 7, Lead Counsel has conferred with Defendants' Counsel and certifies that Defendants do not oppose the Motion. Lead Plaintiff respectfully submits the Motion on the papers without oral argument. For the Court's convenience, a proposed Class Distribution Order is submitted herewith.

Dated: April 14, 2022                                  Respectfully submitted,


                                                       /s/ Steven J. Toll
                                                       Steven J. Toll

                                                       **COHEN MILSTEIN SELLERS
                                                       & TOLL PLLC**
                                                       Steven J. Toll (Va. Bar No. 15300)
                                                       Daniel S. Sommers (*pro hac vice*)
                                                       1100 New York Avenue, Suite 500
                                                       Washington, D.C. 20005
                                                       Tel: (202) 408-4600
                                                       stoll@cohenmilstein.com
                                                       dsommers@cohenmilstein.com

                                                       *Liaison Counsel for Lead Plaintiff and the
                                                       Settlement Class*

                                                       **SAXENA WHITE P.A.**
                                                       Maya Saxena
                                                       Joseph E. White III
                                                       Lester R. Hooker

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Stipulation.

Dianne M. Pitre
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 206-6708
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

-and-

Steven B. Singer
Kyla Grant
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
ssinger@saxenawhite.com
kgrant@saxenawhite.com
sdileo@saxenawhite.com

*Lead Counsel for Lead Plaintiff and the Settlement Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 14, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send notification of such filing to all of the registered participants.

*/s/ Steven J. Toll*
Steven J. Toll