UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., CHRIS MCKEE, MICHAEL SICOLI, and GINA NOMELLINI, <br><br> Defendants. | Case No. 1:19-cv-00982-CMH-MSN |

## LEAD PLAINTIFF'S NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Rule 7(E), Lead Plaintiff City of Atlanta Police Pension Fund and City of Atlanta Firefighters' Pension Fund waives oral argument in connection with its Motion for Approval of Distribution of Net Settlement Fund (the "Motion"). Lead Counsel conferred with Defendants' Counsel, who confirmed on April 13, 2022 that Defendants do not oppose the Motion and also waive oral argument in connection with the Motion.

Dated: April 14, 2022

Respectfully submitted,

*/s/ Steven J. Toll*
Steven J. Toll

**COHEN MILSTEIN SELLERS
& TOLL PLLC**
Steven J. Toll (Va. Bar No. 15300)

Daniel S. Sommers (*pro hac vice*)
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
stoll@cohenmilstein.com
dsommers@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff and the Settlement Class*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Lester R. Hooker
Dianne M. Pitre
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 206-6708
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

-and-

Steven B. Singer
Kyla Grant
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
ssinger@saxenawhite.com
kgrant@saxenawhite.com
sdileo@saxenawhite.com

*Lead Counsel for Lead Plaintiff and the Settlement Class*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send notification of such filing to all of the registered participants.

*/s/ Steven J. Toll*
Steven J. Toll